UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

           v.                                                  20-CR-521 (CM)

                                                       **SCHEDULING ORDER**

JAMES CAHILL, et. al.,

                            Defendant.
-----------------------------------------------------------X

McMahon, C.J.:

      The Court will hold an initial conference in this matter, *via* telephone, Thursday, October 22, 2020, at 12:00 p.m.

      To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendants' family members) and press are welcomed to dial in but must remain silent.

October 20, 2020

                                                            _____
                                                                   Colleen McMahon
                                                                    Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/20