UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

              v.

JAMES CAHILL, et. al.,

              Defendant.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/20
```

20-CR-521 (CM)

**SCHEDULING ORDER**

McMahon, C.J.:

      The Court will hold a remote status conference in this matter, Thursday, October 29, 2020, at 12:00 p.m.

      The public and press may listen to the proceeding by telephone at: 888-363-4749; the access code to enter when prompted is 9054506.

October 28, 2020

                                                                   Colleen McMahon
                                                                   Chief Judge