UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                                  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

                                       20 -CR-521   (CM )( )

James Cahill                    Defendant(s).
-----------------------------------------------------------X

Defendant _____ James Cahill _____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

XX  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

James Cahill
Print Defendant's Name

Sanford Talkin
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/29/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge

October 20, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Christopher Kraft,
Defendant(s).
-------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
TELECONFERENCE

20 CR 521 (CM)

Defendant Christopher Kraft hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

- [✓] Initial Appearance/Appointment of Counsel
- [✓] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [✓] Preliminary Hearing on Felony Complaint
- [✓] Bail/Revocation/Detention Hearing
- [✓] Status and/or Scheduling Conference
- [✓] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature

Christopher Kraft
Print Defendant's Name

_____
Defense Counsel's Signature

Edward V. Sapone
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/20/20                10/29/20        _____
Date                                    U.S. District Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Patrick Hill        Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
TELECONFERENCE

20-CR-521 ( )

Defendant __Patrick Hill__ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Patrick Hill__
Print Defendant's Name

_____
Defense Counsel's Signature

__Albert Ebanks__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__10/29/20__
Date

_____
U.S. District Judge/U.S. Magistrate Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

William Brian Wangerman

             ,
              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

20 -CR- 521( )(CM)

Defendant __William Brian Wangerman__ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

XX Status and/or Scheduling Conference on October 22, 2020

___ Misdemeanor Plea/Trial/Sentence

/s William Brian Wangerman by Shellow

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

William Brian Wangerman

Print Defendant's Name

Jill R. Shellow
Digitally signed by Jill R. Shellow
Date: 2020.10.20 13:44:49 -04'00'

Defense Counsel's Signature

Jill R. Shellow

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/29/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

KEVIN McCARRON,

                      Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR- 521 ( )( )

Defendant _____ KEVIN McCARRON _____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

s/s Kevin McCarron
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kevin McCarron
Print Defendant's Name

_____
Defendant's Counsel's Signature

Camille M. Abate
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/29/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

-v-

20 -CR- 521 ( )( ) (CM)

Defendant(s).
-----------------------------------------------------------------X

Defendant ___Jeremy Sheeran_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

**X**   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_/s/ Jeremy Sheeran_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_/s/_____
Defense Counsel's Signature

_JEREMY Sheeran_____
Print Defendant's Name

_Evan Lipton_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_10-20-20_  _10/29/20_
Date

_/s/_____
U.S. District Judge/U.S. Magistrate Judge

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
..............................................................................X
UNITED STATES OF AMERICA,

                                                                             **CONSENT TO PROCEED BY**
                -v-                                                  **VIDEOCONFERENCE OR**
                                                                           **TELECONFERENCE**

Andrew McKeon,                                               20-CR-521  (CM )

                    Defendant.
..............................................................................X

Andrew McKeon hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence


_____                  _____
ANDREW MCKEON                                STEVE ZISSOU


This proceeding was conducted by reliable videoconferencing technology.

10/29/20                                                  _____
Date                                                       U.S. District Judge/~~U.S. Magistrate Judge~~

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

JAMES CAHILL ET AL
                   Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

20-CR-521 ( ) ( ) (CM)

Defendant ___Scott Roche___ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Scott Roche_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Scott Roche_
Print Defendant's Name

_/s/ Glenn Morak_
Defense Counsel's Signature

Glenn Morak
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/29/20
Date

_/s/ Colleen McMahon_
U.S. District Judge/U.S. Magistrate Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ARTHUR GIPSON,

                  Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

20 -CR-521 ( )

Defendant  ARTHUR GIPSON  hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ARTHUR GIPSON
Print Defendant's Name

_____
Defense Counsel's Signature

JOHN F. KALEY
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/29/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge