**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

January 15, 2021

*MEMO ENDORSED*

1/19/21
OK
[signature]

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill
      20 Cr. 521 (CM)

Dear Judge McMahon:

      October 20, 2020, the Court granted defendant James Cahill's ("Cahill") motion to travel to certain stores in order to shop for his household. By this letter, Cahill respectfully requests that he be permitted to travel to two additional stores; Target located at 50 Spring Valley Market Place in Spring Valley NY, and Wegmans located at 100 Farm Avenue in Montvale, NJ. Travel to these stores, if permitted, will be subject to the same restrictions, necessity for prior Pretrial Services ("PTS") approval and production of receipts requirements that apply to all other shopping trips. The government, by Assistant United States Attorney Danielle Sassoon, defer to PTS on this application and PTS, by United States Pretrial Services Officer Winter Pascual, consents.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jason Swergold
      AUSA Jun Xiang
      SAUSA Laura de Oliveira
      USPTO Winter Pascual (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/21