UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

              v.                                  20-CR-521 (CM)

**<u>SCHEDULING ORDER</u>**

JAMES CAHILL, et. al.,

                    Defendants.
_____

McMahon, C.J.:

      The Court will hold a remote status conference in this matter, Thursday, March 11, 2021, at 3:30 p.m.

      The public and press may listen to the proceeding by telephone at: 888-363-4749; the access code to enter when prompted is 9054506.

March 5, 2020

                                                               _____
                                                               Colleen McMahon
                                                                Chief Judge