**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 19, 2021

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill
      20 Cr. 521 (CM)

Dear Judge McMahon:

      As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions. By this letter, Cahill respectfully requests permission to travel to his son's home in Franklin Lakes, New Jersey on Easter Sunday, April 4, 2021, from the hours of 3:00 pm to 8:00 pm to celebrate Easter with his children and grandchildren. Only family members will be present at the gathering. His son's home is only twenty minutes from Cahill's residence and the exact address has already been provided to the government and Pretrial Services ("Pretrial"). The government, by Assistant United States Attorney Jason Swergold, consents to this application. Pretrial, by United States Pretrial Services Officer Andrew Abbott, does not consent pursuant to Pretrial's policy not to consent to travel for social reasons for defendants on home detention.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Danielle Sassoon
      AUSA Jun Xiang
      SAUSA Laura de Oliveira
      USPTO Andrew Abbott