**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2021

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6685

May 6, 2021

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

MEMO ENDORSED
OK
[signature] Colleen McMahon
5/6/2021

Re: United States v. James Cahill
20 Cr. 521 (CM)

Dear Judge McMahon:

Yesterday, the Court entered an Order granting James Cahill ("Cahill") permission to attend a family gathering for Mother's Day on May 9, 2021 from 1:00-6:00 pm. Thank you for granting the application. Cahill was just informed that the time for the reservation was changed by the venue. For this reason, Cahill respectfully requests that the Order be amended to allow him to leave his home from 2:30-7:30 pm instead of 1:00-6:00 pm. This time period is inclusive of travel.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Danielle Sassoon (by ECF)
AUSA Jun Xiang (by ECF)
SAUSA Laura de Oliveira (by ECF)
USPTO Andrew Abbott (by email)