**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL. INFO@TALKINLAW.COM

MARYLAND OFFICE·
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

*MEMO ENDORSED*

May 25, 2021

*5/25/21*

*Bail modification As requested is granted.*

*[signature] Colleen McMahon*

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill
20 Cr. 521 (CM)

Dear Judge McMahon:

As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions.  By this letter, Cahill respectfully makes two bail modification applications.  On Friday, May 28, 2021, Cahill requests permission to travel to his house in Long Beach, New York, from 9 am to 7 pm so that he can open the home up and prepare it for the summer season.  The exact address of the home is known to Pretrial Services ("PTS") and the government.  Additionally, from July 1, 2021 through Labor Day weekend, Cahill requests that he be permitted to live at his home in Long Beach.  PTS, by United States Pretrial Service Officer Andrew Abbott, consents to these applications and will coordinate with the Eastern District of New York PTS to transfer supervision while defendant lives in Long Beach.  The government, by Assistant United States Attorney Jason Swergold, agrees with PTS' position on these applications.

Thank you for Your Honor's consideration of these requests.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/21