UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

              v.                                20-CR-521 (CM)

**<u>SCHEDULING ORDER</u>**

JAMES CAHILL, et. al.,

                       Defendants.
_____

McMahon, J.:

      The Court will hold a remote telephone/video-status conference in this matter, Thursday, June 17, 2021, at 2:30 p.m.

      The public and press may listen to the proceeding by telephone at: 888-363-4749; the access code to enter when prompted is 9054506.

June 15, 2021

                                                          _____
                                                          Colleen McMahon
                                                          District Court Judge