**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE.
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE.
HARBORSIDE FINANCIAL CENTER
PLAZA 5
JERSEY CITY, NJ 07311

201-342-8665

MEMO ENDORSED

8/23/21

granted

[signature: Colleen McMahon]

August 23, 2021

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:  United States v. James Cahill
     20 Cr. 521 (CM)

Dear Judge McMahon:

In an Order dated May 25, 2021, the Court grated defendant James Cahill's ("Cahill") motion to be permitted to live at his home in Long Beach, New York from July 1, 2021 through Labor Day. Living at this location has beneficial to both Cahill's physical and mental health. For this reason, Cahill respectfully requests that he be permitted to continue to live in Long Beach through October 15, 2021. He has been fully compliant with all conditions of his release. Pretrial Services ("PTS"), by United States Pretrial Service Officer Andrew Abbott, consents to this application and the government, by Assistant United States Attorney Jason Swergold, defers to PTS on this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:  AUSA Jason Swergold
     AUSA Jun Xiang (by ECF)
     AUSA Danielle Sassoon (by ECF)
     SAUSA Laura de Oliveira (by ECF)
     USPTO Andrew Abbott (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/21