**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

MEMO ENDORSED

October 13, 2021    10/13/21

OK

[signature: Colleen McMahon]

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: United States v. James Cahill
20 Cr. 521 (CM)

Dear Judge McMahon:

The Court previously granted defendant James Cahill's ("Cahill") request to continue living at his home in Long Beach, New York until October 15, 2021. Living at this location continues to be beneficial to both Cahill's physical and mental health. For this reason and to allow him more time to close the house for the season, Cahill respectfully requests that he be permitted to continue to live in Long Beach through October 21, 2021. He has been fully compliant with all conditions of his release. Pretrial Services ("PTS"), by United States Pretrial Service Officer Andrew Abbott, consents to this application and the government, by Assistant United States Attorney Danielle Sassoon, defers to PTS on this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Jason Swergold
AUSA Jun Xiang (by ECF)
AUSA Danielle Sassoon (by ECF)
SAUSA Laura de Oliveira (by ECF)
USPTO Andrew Abbott (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21