SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

    -v-

Arthur Gipson, Defendant(s).
-----------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

20-CR-521 (CM)

Defendant ARTHUR GIPSON hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Arthur Gipson
Print Defendant's Name

_____
Defense Counsel's Signature

John F. Kaley
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

Accepted:

11/9/21    Colleen McMahon

8:59

< All Inboxes    **Chris Kraft**    ∧ ∨

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA,

            CONSENT TO PROCEED BY
            VIDEOCONFERENCE OR
            TELECONFERENCE

-v-

Christopher Kraft                    20-CR-521(CM)-02
            Defendant(s).
-------------------------------------x

Defendant __Christopher Kraft__ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X  Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____          _____
Defendant's Signature                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christopher Kraft                       Edward Sapone
Print Defendant's Name                  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11-08-21        11/9/21  _____
Date                     U.S. District Judge/U.S. Magistrate Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

JAmes cahill et.al
 Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

~~20-CR-~~ 20 CR 521-10 (CM)

Defendant __SCOTT ROCHE__ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Scott Roche
Print Defendant's Name

_____
Defense Counsel's Signature

Glenn Morak
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/9/21
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

KEVIN McCARRON,

                        Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

20 -CR- 521 (CM)

Defendant __KEVIN McCARRON__ hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Kevin McCarron_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Kevin McCarron_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_Camille M. Abate_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_11/9/21_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

ROBERT EGAN

        Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 521 (CM)

Defendant ROBERT EGAN hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel

- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___ Preliminary Hearing on Felony Complaint

- ___ Bail/Revocation/Detention Hearing

- _X_ Status and/or Scheduling Conference

- ___ Misdemeanor Plea/Trial/Sentence

_/s/ Robert Egan /RGR_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**ROBERT EGAN**
Print Defendant's Name

_/s/ Roland G. Riopelle_
Defense Counsel's Signature

**ROLAND G. RIOPELLE**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/9/21
Date

_/s/ Colleen McMahon_
U.S. District Judge/~~U.S. Magistrate Judge~~

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

ROBERT EGAN, ET AL.

Defendant.
-----------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

20 -CR- 521 (CM)( )

**Check Proceeding that Applies**

____  Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

1) I have received and reviewed a copy of the indictment.
2) I do not need the judge to read the indictment aloud to me.
3) I plead not guilty to the charges against me in the indictment.

Date: _____
Signature of Defendant

_____
Print Name

✗ Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date: _____
Signature of Defendant

_____
Print Name

 Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:  
Signature of Defendant

ROBERT EGAN  
Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:  
Signature of Defense Counsel

ROLAND G. RIOPELLE  
Print Name

Addendum for a defendant who requires services of an interpreter:

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: N/A.

Date:  
Signature of Defense Counsel

Accepted:  
Signature of Judge  
Date: 11/9/21

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

November 9, 2021

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-

Patrick J. Hill Defendant(s).

---------------------------------------------------------------x

Defendant __Patrick J. Hill__
hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

- [✓] Initial Appearance/Appointment of Counsel

- [✓] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [✓] Preliminary Hearing on Felony Complaint

- [✓] Bail/Revocation/Detention Hearing

- [✓] Status and/or Scheduling Conference

- [✓] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Patrick J. Hill__
Print Defendant's Name

_____
Defense Counsel's Signature

__Al Ebanks__
Print Defense Counsel's Name

Accepted: 11/9/21 _Colleen McMahon_

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

MATTHEW NORTON

Defendant.

-------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT
AT CRIMINAL PROCEEDING**

20 -CR- 660   (CM) ( )

**Check Proceeding that Applies**

\_\_\_\_  Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

1) I have received and reviewed a copy of the indictment.
2) I do not need the judge to read the indictment aloud to me.
3) I plead not guilty to the charges against me in the indictment.

Date: _____

Signature of Defendant

_____

Print Name

\_\_\_\_  Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date: _____

Signature of Defendant

_____

Print Name

____   Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: 11/9/21        _____
                     Signature of Defendant

                     Matthew Norton
                     _____
                     Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: 11/9/21        _____
                     Signature of Defense Counsel

                     James R. Froccaro, Jr.
                     _____
                     Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:                _____
                     Signature of Defense Counsel

Accepted:            _____
                     Signature of Judge
                     Date: 11/9/21

2

Draft: March 26, 2020 at 3:20 pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-

JAMES CAHILL,
        Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT
AT CRIMINAL PROCEEDING**

20 -CR- 521 (CM)

**Check Proceeding that Applies**

N/A    Arraignment

I have been given a copy of the indictment containing the charges against me and I have spoken with my attorney about those charges. My attorney has advised me that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. I have discussed these issues with my attorney and wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

    1)    I have received and reviewed a copy of the indictment.
    2)    I do not need the judge to read the indictment aloud to me.
    3)    I plead not guilty to the charges against me in the indictment.

Date:    _____
            Signature of Defendant

            _____
            Print Name

**XXXXX**  Conference

I have been charged in an indictment with violations of federal law. I have spoken with my attorney about those charges. My attorney has advised me that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether the time by which the trial must occur is properly excluded under the Speedy Trial Act. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been

restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: 11/8/21

*James Cahill*
Signature of Defendant

James Cahill
Print Name

I hereby affirm that I have discussed with my client the charges against my client contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings.

Date: 11/8/21

*Sanford Talkin*
Signature of Defense Counsel

Sanford Talkin
Print Name

Accepted:
11/9/21  *Colleen McMahon*