**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021

December 1, 2021

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:  United States v. James Cahill
     20 Cr. 521 (CM)

Dear Judge McMahon:

     As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions. By this letter, Cahill respectfully makes two temporary bail modification applications. On Christmas Eve, Cahill respectfully requests permission to travel to his son's home in Franklin Lakes, New Jersey from 4:00 pm to 10:00 pm to celebrate Christmas with his children and grandchildren and on Christmas Day, to his sister's home in Tappan, New York from 4:00 pm to 10:00 pm to celebrate Christmas with his siblings and other close family members. The exact addresses of the homes are known to Pretrial Services ("PTS") and the government. The government, by Assistant United States Attorney Jason Swergold, consents to this application and PTS, by United States Pretrial Service Officer Andrew Abbott, does not consent due to their policy on social travel for defendants on home detention.

     Thank you for Your Honor's consideration of these requests.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:  AUSA Jun Xiang (by ECF)
     AUSA Danielle Sassoon (by ECF)
     SAUSA Laura de Oliveira (by ECF)
     USPTO Andrew Abbott (by email)

[Handwritten endorsement: "Granted" signed Colleen McMahon 12/2/2021]