**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

January 7, 2022

*[Handwritten: 1/7/22 Permission to Attend Funeral as requested herein Granted — Colleen McMahon]*

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: United States v. James Cahill
20 Cr. 521 (CM)

Dear Judge McMahon:

Unfortunately, defendant James Cahill's ("Cahill") sister in law just passed away. The wake will be held this Sunday, January 9, 2022 from 3:00 pm to 7:00 pm. The Funeral Mass will take place Monday, January 10, 2021 at 9:30 and a repast luncheon will follow. All these events will take place Bergen County, New Jersey and the government and Pretrial Services ("Pretrial") have been provided the specific locations. By this letter, Cahill respectfully requests permission to attend these events. As to the day of the funeral, Cahill will keep in close contact with Pretrial Services regarding his exact location for the repast and burial. Pretrial, by United States Pretrial Service Officer Andrew Abbott, consents to this application and the government, by Assistant United States Attorney Jason Swergold, defers to Pretrial.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Daniel Sassoon
AUSA Jun Xiang
SAUSA Laura de Oliveira
USPTO Andrew Abbott (by email)