**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 30, 2022

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

                Re:    United States v. James Cahill
                         20 Cr. 521 (CM)

Dear Judge McMahon:

       As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions. By this letter, Cahill respectfully requests permission to spend Easter Sunday (4/17/22) with his family at his son's home in Franklin Lakes New Jersey from 1:30 pm to 8:30 pm (travel included). The exact address of Cahill's son's home has been provided to Pretrial Services ("Pretrial") and the government. The government, by Assistant United States Attorney Jason Swergold, defers to Pretrial's position and Pretrial, by United States Pretrial Services Officer Andrew Abbott, does not consent to this application pursuant to Pretrial's policy not to consent to travel for social reasons as to any defendant on home detention.

       Thank you for Your Honor's consideration of this request.

                                      Very truly yours,

                                      *Sanford Talkin*
                                      Sanford Talkin

cc:    AUSA Jason Swergold (by ECF)
        AUSA Danielle Sassoon (by ECF)
        AUSA Jun Xiang (by ECF)
        SAUSA Laura de Oliveira (by ECF)
        USPTO Andrew Abbott (by email)