**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-242-6805

April 28, 2022

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill
      20 Cr. 521 (CM)

Dear Judge McMahon:

As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions. By this letter, Cahill respectfully requests permission to attend his grandson's confirmation in Queens, New York on May 5, 2022 from 2:30 pm to 10:00 pm (travel included). He additionally requests permission to attend a Mother's Day luncheon with his wife, children and grandchildren in Rockland County on May 8, 2022, from 2:30-7:30 (travel included). The exact relevant locations have been provided to Pretrial Services ("Pretrial") and the government.

Pretrial, by United States Pretrial Services Officer Andrew Abbott, consents to the travel for the confirmation but does not consent to the Mother's Day travel pursuant to Pretrial's policy not to consent to travel for social reasons as to any defendant on home detention. The government, by Assistant United States Attorney Jason Swergold, defers to Pretrial's positions on these requests.

Thank you for Your Honor's consideration of these requests.

Very truly yours,
Sanford Talkin
Sanford Talkin

cc:   AUSA Jason Swergold (by ECF)
      USPTO Andrew Abbott (by email)

*MEMO ENDORSED*

5/2/2020 Confirmation yes
Mother's Day No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/22