TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

May 18, 2022

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill
      20 Cr. 521 (CM)

Dear Judge McMahon:

As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions.   By this letter, Cahill respectfully permission to live at his home in Long Beach, New York from June 21, 2002 through October 16, 2022.   Pretrial Services ("PTS"), by United States Pretrial Service Officer Andrew Abbott, does not object to this application and, if granted, will coordinate with the Eastern District of New York PTS to transfer supervision while defendant lives in Long Beach.   The government, by Assistant United States Attorney Jason Swergold, defers to PTS' position on this application.

Thank you for Your Honor's consideration of this request.

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/19/22

Very truly yours,

Sanford Talkin
Sanford Talkin

cc:   AUSA Jason Swergold
      AUSA Jun Xiang (by ECF)
      AUSA Danielle Sassoon (by ECF)
      SAUSA Laura de Oliveira (by ECF)
      USPTO Andrew Abbott (by email)