```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/22
```

# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
### ATTORNEYS AT LAW
### 40 EXCHANGE PLACE
### 18TH FLOOR
### NEW YORK, NEW YORK 10005
(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

June 14, 2022

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: United States v. James Cahill
20 Cr. 521 (CM)

Dear Judge McMahon:

    As the Court is aware, defendant James Cahill ("Cahill") is currently at liberty on a fully secured $500,000 Appearance Bond that contains several conditions including home detention with location monitoring and travel restrictions. By this letter, Cahill respectfully requests permission to attend his grandson's middle school graduation on June 23, 2022 from 10:30 am to 6:30 pm (travel included) and a father's day celebration with his children and grandchildren from 10:00 am to 7:00 pm (travel included) on June 19, 2023. The government and Pretrial Services ("PTS"), have been provided the specific locations of these events. PTS by United States Pretrial Service Officer Andrew Abbott, does not consent to these requests, pursuant to PTS's policy not to consent to travel for social reasons as to any defendant on home detention. The government, by Assistant United States Attorney Jason Swergold, defers to PTS' position on this application.

    Thank you for Your Honor's consideration of these requests.

**MEMO ENDORSED**

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Jason Swergold
    AUSA Jun Xiang (by ECF)
    AUSA Danielle Sassoon (by ECF)
    SAUSA Laura de Oliveira (by ECF)
    USPTO Andrew Abbott (by email)

*Handwritten endorsement:*

6/14/2022

I have had enough of these requests. Mr. Cahill is on location monitoring with travel restrictions that are inconsistent with these repeated requests for modification. I have been generous — perhaps unduly so — but from now on Mr. Cahill is expected to [be treated?] as anyone else [on] location monitoring with travel restrictions. Request denied.

/s/ Colleen McMahon