**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

**MEMO ENDORSED**

September 14, 2022

9/14/22

Fine.

*[signature]*
Colleen McMahon

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill et al.
      20 Cr. 521 (CM)

Dear Judge McMahon:

Yesterday, the government filed its response to all of the defendants' (the "Defendants") motions.   The motion scheduled had been amended several times and the most recent version did not include a due date for the Defendants' reply.   By this letter, the Defendants respectfully request that they be permitted to file their respective replies by September 30, 2022. The government, by Assistant United States Attorney Jason Swergold, consents to this application

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jason Swergold
      AUSA Jun Xiang (by ECF)
      AUSA Danielle Sassoon (by ECF)
      SAUSA Laura de Oliveira (by ECF)
      All Counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/22