*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2023

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

>  Re:   **United States v. Cahill et al.**, 20 Cr. 521 (CM)

Dear Judge McMahon:

   The Government respectfully attaches additional victim impact statements from Local 638, Local 200, and the New York Building and Construction Trades Council, as well as from certain current and former members of those unions.

   Some of the newly filed letters relate specifically to the upcoming sentences of defendants Arthur Gipson and James Cahill.

   The new statements are highlighted in yellow.

| Letter Author | Dated | Filed | Doc. No. | Union |
|---|---|---|---|---|
| William Abbate Jr. | 12/12/2022 | 12/8/2022 | 338 | 638 |
| Daniel Rivas | | 12/8/2022 | 339 | 638 |
| Brian Kearney | 12/10/2022 | 12/12/2022 | 346 | 638 |
| Jeff Hansson | 12/10/2022 | 12/12/2022 | 346 | 638 |
| Christopher Kaye | 12/10/2022 | 12/12/2022 | 346 | 638 |
| Gerald Fossati | 12/11/2022 | 12/12/2022 | 346 | 638 |
| Kevin O'Rourke | 12/11/2022 | 12/12/2022 | 346 | 638 |
| Anthony Lafranca | 12/11/2022 | 12/12/2022 | 346 | 638 |
| Juan Hernandez | 12/11/2022 | 12/13/2022 | 352 | 638 |
| Robert O'Sullivan | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Caitlin Heerdt | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Scott Bartels | 12/12/2022 | 12/13/2022 | 352 | 638 |

| Name | Date | Date | # | # |
|---|---|---|---|---|
| Danny Godfrey | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Anthony Smith | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Robert Kirk | 12/3/2022 | 12/13/2022 | 352 | 638 |
| Jayson Gleason Sr. | Undated | 12/14/2022 | 355 | 638 |
| Carl A. Hornung | 12/6/2022 | 12/14/2022 | 355 | 638 |
| Michael Hassler | 12/3/2022 | 12/14/2022 | 355 | 638 |
| Roger Bell | 12/14/2022 | 12/14/2022 | 355 | 638 |
| Scott Bartels | 12/14/2022 | 12/19/2022 | 357 | 638 |
| William R. Abbate | 12/15/2022 | 12/19/2022 | 357 | 638 |
| Robert Durante | 12/15/2022 | 12/19/2022 | 357 | 638 |
| Robert Bartels | 12/15/2022 | 12/19/2022 | 357 | 638 |
| Thomas Shea | 12/15/2022 | 12/19/2022 | 357 | 638 |
| NYS Building and Construction Trades – Executive Council | 1/5/2023 | 4/24/2023 | 449 | NYS Building and Construction Trades |
| Scott Bartels | 1/12/2023 | 4/24/2023 | 449 | 638 |
| Robert Bartels | 2/1/2023 | 4/24/2023 | 449 | 638 |
| Vincent Gennaci | 2/11/2023 | 4/24/2023 | 449 | 638 |
| Jeff Hanson | 3/26/2023 | 4/24/2023 | 449 | 638 |
| Local 200 Executive Board | Undated | 4/24/2023 | 449 | 200 |
| Richard Brooks | Undated | 4/24/2023 | 449 | 200 |
| Danny Grodotzke | Undated | 4/24/2023 | 449 | 200 |
| Mario Mattera | Undated | 4/24/2023 | 449 | 200 |

| | | | | |
|---|---|---|---|---|
| Joseph Squicciarini | Undated | 4/24/2023 | 449 | 200 |
| Local 638 Trustee | 4/18/2023 | 4/24/2023 | 449 | 638 |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: __/s/_____
Jason Swergold / Danielle Sassoon / Jun Xiang /
Frank J. Balsamello / Marguerite Colson
Assistant United States Attorneys
Laura de Oliveira, Special Assistant United States Attorney

**CC (BY ECF)**
All Counsel