

**NEW YORK STATE**
**BUILDING AND CONSTRUCTION TRADES COUNCIL**
AFFILIATED WITH NORTH AMERICA'S BUILDING TRADES UNIONS - AFL-CIO
113 State Street, First Floor, Albany, NY 12207 ▪ Phone 518/435-9108 ▪ Fax 518/435-9204

Gary LaBarbera, President                     Albert Catalano, Secretary-Treasurer

January 5, 2023

Honorable Colleen Mc Mahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                          Re: United States v. James Cahill, et al.
                          20 Cr. 521 (CM)
                          Defendant Cahill

Dear Judge McMahon;

I am the President of the New York City and New York State Building and Construction Trades Council. I was originally appointed to serve as Trustee of the New York State Building and Construction Trades Council ("NYS BCTC") when it was placed into an Emergency Trusteeship on October 5, 2020, by our parent organization, the North American Building Trades Unions of the AFL-CIO (" NABTU"), upon the indictment of my predecessor, James Cahill. I was subsequently elected by the Executive Board to serve as President through the unexpired term of Mr. Cahill. I have since been unanimously elected to the position of the President of the NYS BCTC by its delegate body. I write this letter on behalf of the NYS BCTC, with the unanimous authority of its Executive Board.

James Cahill served as President of the NYS BCTC at the time of his indictment. While the indictment and subsequent plea do not involve allegations of crimes directed against the NYS BCTC, or wrongdoing within the Council itself, Mr. Cahill's crimes most certainly impact the NYS BCTC and the 200,000 construction workers it represents. Mr. Cahill's crimes worked in direct conflict with the mission of the NYS BCTC, which is to increase work opportunities for unionized construction workers and to raise the standards for all working men and women through policy advocacy and collective bargaining. By accepting bribes and illegal cash payments from non-union construction contractors in exchange for favorable treatment of those contractors, Mr. Cahill directly undermined the work of the BCTC that he was elected to represent at the highest levels of our state and federal government.

Mr Cahill not only exploited the power of his position in the NYS BCTC for his own personal gain, but he also brought on disrepute and disrespect for all hard working labor leaders that work lawfully, tirelessly and unselfishly on behalf of working men and women. There is no better example of this broad reputational harm than the statement of Suffolk County District Attorney Raymond A. Tierney when he



was quoted as saying "These convictions highlight a shocking level of corruption among powerful labor officials in New York State." [1]

Another example of how this conviction directly adversely impacts the work and reputation of the NYS BCTC is an article published by a known anti-union organization that exploits this opportunity to further its anti-union messaging and suggests there is corruption at the NYS BCTC. "With such a widespread corruption scheme, it sounds like the BCTC could be following in the footsteps of the United Auto Workers. We'll keep an eye out on any further developments in the investigation, but for the sake of union members let's hope the corruption at the BCTC is coming to an end." [2] There are no allegations or investigations into the NYS BCTC. There is absolutely no truth to the assertion that the criminal scheme went beyond those purporting to represent Local 638 and non-union contractors performing work within Local 638's jurisdiction. Yet, the Center for Union Facts uses Mr. Cahill's crimes to suggest otherwise for the very purpose of damaging the reputation of the NYS BCTC and its current leadership with the goal of undermining its mission.

The NYS BCTC relies on its reputation as an honest representative of its affiliates and the 200,000 construction workers it represents. The honesty and veracity of its current leaders are the intangible assets of our organization upon which we rely to accomplish our objectives, whether it be our policy and legislative advocacy or collective bargaining for Project Labor Agreements. We will continue to work very hard to overcome the pall of distrust caused by Mr. Cahill's crimes on behalf of the hard working men and women we represent.

Thank you for your consideration.

Sincerely,

Gary LaBarbera
President

Cc: Bruce Maffeo, Esq., Cozen O'Connor
Carol O'Rourke Pennington, Esq., Colleran O'Hara & Mills

---

[1] Press Release, Department of Justice, U. S. Attorney's Office, Southern District of New York, December 12, 2022, https://www.justice.gov/usao-sdny/pr/former-president-new-york-building-and-construction-trades-council-and-10-other-union
[2] Published in Labor Pains. Org Newsletter of the Center for Union Facts, December 30, 2022; https://laborpains.org/2022/12/30/11-ny-building-trades-officials-plead-guilty-in-corruption-investigation/

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | scottb638 < > |
| **Sent:** | Thursday, January 12, 2023 5:44 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Brian Wangerman |

January 12, 2023.　　　The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

Dear Judge McMahon

I am a 2nd generation Local Union 638 Steamfitter. It has come to my attention that friends, relatives, and co-workers of Brain Wangerman have been asked to furnish letters to Your Honor to have you believe there is a side of him with redeeming qualities. While that may have been true at one time, he has gone on to reveal himself to be greedy, untrustworthy, and willing to jeopardize the livelihoods of the very union body who elected him to represent them.

They also point to his remorse and steps he has taken to better his life. Please let this not cloud the issue here. Local 638 and it's membership had enough faith in Brian to vote him overwhelmingly to the very important role of Business Agent. It was the membership that took steps to help Brian better his life by affording him a handsome salary along with a car and expense account. We trusted him to be a difference maker in labor / employer relations. His response to that was to do exactly the opposite of what he swore by oath to do. He used his position to gain at the members expense.

The Government offered plea bargains to expedite the proceedings, giving less punishment than the original charges warranted. Any further leniency granted by Your Honor would be salt in the wounds of all the members who have suffered the hardship of losing their jobs to the encroachment of non union. Some are coming up on the third straight holiday season of very little income and loss of medical coverage. Some have had to pick up and relocate to where the union work is actually done by unions. I, myself, was forced to retire with quality years left due to a lack of work partly contributed to by the actions of this defendant and the Enterprise he operated under.

Since Local 638 will not furnish information to the U.S. Attorneys to further incriminate members of this criminal enterprise, proof of the hardships Steamfitters have had to endure is hard to quantify. Allow me to say that manhours worked in the 3 years prior to the Government's investigation have dropped drastically. They were down before Covid, through Covid, and to this very day. The Trusteeship, upon it's arrival, implemented a subdivision of Steamfitter to now man jobs Steamfitters traditionally manned in the past. It followed with an organizing campaign of the very non union people who learned our trade on jobs that the enterprise failed to secure for 638. All this was done unilaterally. The results were devastating to Local 638's membership.

Your Honor, Brain Wangerman was a driving force of the criminal enterprise that betrayed our proud local. His close ties with James Cahill became the impetus for the recruitment to, the flourishing of, and the perpetuity of the criminal enterprise. It is this fact that points toward he and James Cahill playing a role in the illegal swaying of the 2018 General Election.

I urge you to act according to the guidelines and use the power vested in you to set an example that this cannot and will not happen again. After all, if he hadn't gotten caught he probably would still be stealing and ruining lives of the membership.

Respectfully,

Scott Bartels

1

Sent from my iPhone

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | robert bartels < |
| **Sent:** | Wednesday, February 1, 2023 11:49 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] James Cahill |

Dear Judge McMahon,

In regards to the adjournment of James Cahill, As a Steamfitter since 1983,and a Former Business Agent at Large and Business Agent for local 638. I am urging you to reject his adjournment for the simple fact he had his greedy little fingers involved in the last election which removed me from office,only because I wouldn't let him control myself like the others,and actually told him, to stay away from 638 until their is any assistance needed from the United Association, I belive I unwittingly put a damper on whatever he was trying to do,  and this is why he recruited his minions to get me removed from office.

With nominations( May) and Elections upcoming  on June 3rd ,2023, it would be much safer and secure for our members to conduct this very important Election without any influence from James Cahill!

I urge your Honor to sentence James Cahill and Immediately restrict him from contacting any Union members for Nominations and Election.

Cahill be sentenced and put away Immediately would be in the best interest of Local 638,so our members can more forward from this Embarrassing event we have gone through.

Thank you,

Robert Bartels Jr.

Former Business Agent at Large

Local 638

NYC & Long Island

Thank you

1

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Vincent Gennaci < > |
| **Sent:** | Saturday, February 11, 2023 11:22 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] JUSTICE!!! |

My name is Vincent.F.Gennaci a member 638 since 1972. I started in the B local of are Union. I worked so hard to move up to an A mechance of our Local. It took me 10 years. I was so proud to finally move up.I thought we were the finest in the U.S. Now that I'm retired and dependent on my medical pension I find out that these business agents that we trusted and depended on betard us and stabbed us right in the back. They set us back 1.2 million in expenses not to mention so many man hours by aiding the non Union contractors.Now I'm afraid the detriment will be pension & medical coverage in the near future that in my senior years that me & my family and I depend on and worked so hard for.

Please your Honor, I hope these dishonest individuals get their due punishment,not just a slap on the wrist,It's not fair to the hard working men & women of our beloved Union, that they get away with their Disgraceful acts of their oaths to the men & women of the Union.

These Greedy individuals were paid 1/4 of a Million dollars in salaries a year plus expanse money,a new car every 3 years on our backs. And that wasn't enough for them.
I HOPE & PRAY JUSTICE WILL PREVAIL.

               Signed
               Vincent.F.Gennaci

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Jeff Hansson ████████ |
| **Sent:** | Sunday, March 26, 2023 5:53 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Local 638  member Impact statement |

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel P. Moynihan U,S, Courthouse
500 Pear Street
New York, N.Y: 10007

Dear Judge McMahon,

It is with great despair that I am writing to you today. As a direct result of the actions of local 638's elected officials. My life and the life of my family has been deeply hurt financially. As a young man I was fortunate enough to become a steamfitter. It was a good job with great benefits. Since then the actions of the "ring leader", James Cahill.my life has suffered tremendously. I was paying out of my security benefit fund for my sons flight training to help him follow his dream of becoming a pilot.That has come to an end. Since the crimes that these men committed, work has been extremely hard to find. I have completely drained all my years of savings in my union funds and still have no work.My bills keep coming and my future is not nearly as bright. These crimes have impacted our great union to the point it may never return to its previous form. That meaning there may not be enough work to continue the way things have always been. I am in jeopardy of losing most of what I have worked for my entire career. I ask that you please remember not just my life,but all the other members of local 638 whose lives have been turned upside down when sentencing Mr.Cahill. Thank you for listening to my  opinion.

Respectfully and sincerely

Jeffrey Hansson

Sent from my iPhone

1

# PLUMBERS LOCAL UNION No. 200

OF THE
**UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**

RICHARD P. BROOKS
Business Manager
Fin. Sec./Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

Honorable Colleen McMahon
United States District Judge
Courtroom 24A
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: ARTHUR GIPSON – 20 CR 521 (CM)
      Victim Impact Statement
      Plumbers Local Union No. 200 Officers

Dear Judge McMahon:

We are the Officer of Plumbers Local Union No. 200 ("Local 200" or "Union"). Each of us serve as a representative of the membership of Local 200 and we all work in the field as plumbers on Long Island. We write to you as victims of the actions of Arthur Gipson, a former elected officer of Local 200.

We feel it is important to write to you to explain the impact Mr. Gipson's conduct has on union members like us. The union works hard, through our elected officers like Mr. Gipson, to obtain collective bargaining agreements with contractors. As union members, we have extensive safety training and plumbing expertise and our members receive union-scale pay, plus benefits for the work they perform. Local 200 is constantly competing against non-union contractors who have no duty to pay anything other than minimum wage (and no benefits) to workers. There is always a conflict between a contractor's bottom line and the rates they want to pay plumbers like us. Local 200 maintains a middle-class wage for our members by signing contractors who will respect us and pay the wages and benefits we are entitled to earn.

Our members are not guaranteed a weekly paycheck. A member must work to get paid. The only way our members work is if contractors who have a contract with Local 200 are awarded bids to perform plumbing projects and if the contractor uses union members, as required by the Local 200 collective bargaining agreement.




*The Plumber Protects the Health of the Nation*

# PLUMBERS LOCAL UNION No. 200

**OF THE**
**UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE**
**PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**

RICHARD P. BROOKS
Business Manager
Fin. Sec./ Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

Any officer, such as Arthur Gipson, who takes bribes to either not sign a contractor to the union, or who allows a contractor to employ non-union plumbers, or uses any similar scheme denies our members the ability to work and receive pay and benefits for themselves and their families. The taking of bribes is more than money in Mr. Gipson's pocket, it was money taken from the pockets of Local 200 members and their families.

We believe that Mr. Gipson's conduct was a complete and utter betrayal of his duty of loyalty to Local 200 members. His conduct denied members work and that means those members did not get paid. We hope you can appreciate the pressure not having a job, even for a few weeks, places on a member, especially our members who are middle class workers who often experience periods of unemployment due to the cyclical nature of the construction industry.

We believe that Arthur Gipson's conduct must be punished. It will send a strong message to him and other union officials that his actions are unacceptable. Local 200 has worked hard for many decades to build up its reputation as an advocate for plumbers on Long Island. That work will continue but we believe that Arthur Gipson must receive a penalty commiserate with his crime – the theft of work from members he was trusted to protect.

We thank you for your review of this letter and giving us the opportunity to be heard. Respectfully submitted,

The Officers of Plumbers Local Union No. 200


*The Plumber Protects the Health of the Nation*



# PLUMBERS LOCAL UNION No. 200

**OF THE**
UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

RICHARD P. BROOKS
Business Manager
Fin. Sec./Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

Local 200 Victim Impact Statement

Honorable Colleen McMahon

United States District Judge

Courtroom 24A

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, New York 10007

Re: ARTHUR GIPSON – 20 CR 521 (CM)

Victim Impact Statement of Plumbers Local Union No. 200

Dear Judge McMahon:

I write to you on behalf of Plumbers Local Union No. 200 ("Local 200" or "Union"), the plumbers union for Nassau and Suffolk Counties on Long Island. I am the recently elected Business Manager for Local 200 and have served as an officer of Local 200 for over 17 years and have been a member of Local 200 for over thirty nine years. Local 200, and its predecessor unions, has been the main plumbing union on Long Island for nearly 100 years.

I write to you concerning the reprehensible and inexcusable acts of former business agent Arthur Gipson who betrayed his oath of office and the trust placed in him as a Union member, officer of Local 200, and trustee of Local 200's fringe benefit funds.




*The Plumber Protects the Health of the Nation*

# PLUMBERS LOCAL UNION No. 200

OF THE
UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA

RICHARD P. BROOKS
Business Manager
Fin. Sec./ Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

Arthur Gipson was repeatedly elected by the membership of Local 200 to serve as a business agent. Business agents are responsible to protect the Union by, among other duties, travelling to construction sites within the jurisdiction of Local 200 to ensure union contractors are abiding by the terms of the Union's collective bargaining agreements. Business agents must also seek to obtain job

opportunities for Local 200 members by encouraging developers and general contractors to utilize union plumbing contractors. Business agents are also tasked with seeking to improve working conditions of workers and growing the Union by meeting with non-union contractors and working to get them to sign a union contract or to get non-unionized workers to join the Union.

Arthur Gipson also served as a trustee on the Local 200 Taft-Hartley fringe benefit funds, including the Local 200 welfare and pension funds that provide insurance and retirement security to our members and retirees. These funds are dependent on union contractors making contributions to these funds and that is why business agents are so important to the ongoing success of any union.

It was a complete shock to Local 200 and its members when Gipson was arrested by federal agents. But then I saw the charges, and it made me sick. To think that Gipson hurt members by taking bribes to allow jobs to go non-union was an appalling breach of trust between an elected union official and his members. Every job that was not given to a member meant a mortgage payment being more difficult to make, less food on the table for a family, and less health care for a family because no contributions were made for that job since Gipson let jobs go non-union. This conduct was nothing less than theft from the members of Local 200 and there is no greater breach of trust that a union officer can commit.

Even after his arrest, Gipson's conduct continued to hurt Local 200 and its members. Local 200 had to spend thousands of dollars to respond to government subpoenas and hire lawyers. But beyond the money – which was all members' dues money now not




*The Plumber Protects the Health of the Nation*

# PLUMBERS LOCAL UNION No. 200

OF THE
UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA

RICHARD P. BROOKS
Business Manager
Fin. Sec / Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

used to benefit members and their families – Gipson's conduct hurt the reputation of Local 200 in the community. Local 200 has always been a leader in the union movement on Long Island. It regularly deals with elected officials, government agencies, and industry leaders. Local 200 works to sign contractors to high industry standards to protect members and their families. Gipson's criminal conduct – taking a few thousand dollars in bribes – harmed those relationships immeasurably and Local 200 must now work, probably for years, to rebuild that trust with its industry and governmental partners.

Based on Arthur Gipson's conduct, and the harm it has committed, I respectfully request that you sentence him to the longest sentence you can deliver. I believe that such a sentence must be levied to ensure that future officers of any union

know that such conduct is inexcusable. The breach or trust and harm to Local 200 and its members is not calculable in dollars but it is real and has hurt thousands of members and their families in ways that will be long-lasting.

While I am confident that the current officers and members or Local 200 will work hard and eventually work through the harm Arthur Gipson caused, a strong sentence is the deterrent necessary to remind union officials that this conduct is never acceptable.

I would like to thank the Department of Justice attorneys and investigators for their efforts in this case and for taking the time to offer Local 200 the opportunity to submit this statement.

I thank you for your consideration of this statement.

Respectfully submitted,

Richard Brooks
Business Manager/FST




*The Plumber Protects the Health of the Nation*

Local 200 Victim Impact Statement
Honorable Colleen McMahon
United States District Judge
Courtroom 24A
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
Re: ARTHUR GIPSON – 20 CR 521 (CM)
Victim Impact Statement of Plumbers Local Union No. 200


Dear Judge McMahon,

My name is Danny Grodotzke and I am retired after working 46 years as a member in Plumbers Local Union #200.  I am a first-generation plumber and had the privilege to start my career in the apprenticeship program, graduate from that program, and become a journeyman.  Through my career, I rose through the ranks of the union as a teacher for 17 years, and an Officer for 21 years.  During my 21 years as an officer, I was given the honor of representing the members of Plumbers Local Union #200, twelve years as Business Manager (2010-2022).

I learned through my years in the industry that the honor of leadership came with great responsibility and trust.  I swore to my membership that I would be trustworthy and truthful to them in hopes that they believed in me and the policies I was putting forth to them.  That honor and trust as a leader should never be taken lightly.

I am writing to you because of the shocking chain of events that took place during my administration.  I had believed that one of my Business Agents, Arthur Gipson, was conducting business honorably and for the betterment of our membership.  Mr. Gipson knew and was always reminded of the competitive nature of our business and how hard it was to ensure we had reputable contractors who did not take advantage of their employees.  Our jobs were to educate the industry and the public about the benefits of using skilled, well-trained plumbers so that Union qualified plumbers were paid according to their knowledge and their expertise in their trade.

When I learned of Arthur Gipson's arrest, it hurt me personally.  I felt betrayed by someone who, I thought, had my back as well as that of all the members.  These leadership jobs are not easy, but it is our own decision to run for these jobs.  Arthur Gipson knew the job he was undertaking.  He knew the responsibilities and the

hardships our members endure during good times (employment) and bad times (unemployment). He chose to betray the members who put him in his position and whose dues paid his salary (and a good one at that).

To this day, numerous members have come up to me and asking "How did you not know?" I told them we take an oath before them that they entrust in us to do whatever we can to afford all our members job opportunities so they can survive and raise their families. Unfortunately, I will have to live with the fact that one of my own Officers, under me, betrayed the most sacred oath given to them and jeopardized the integrity of the Union we worked so hard to build.

Your Honor, you have the unenviable task of sentencing Arthur Gipson. The impact of his actions will be felt a far longer than the punishment for his crimes. This type of corruption has never happened before in Local 200 in all the nearly five decades I have been a member of our organization. I ask you set an example when making your decision in hopes that it will send a message to anyone who is given the responsibility for so many, to do what is right.


Respectfully Yours,

Danny Grodotzke

# PLUMBERS LOCAL UNION No. 200

**OF THE**
**UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE**
**PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**

RICHARD P. BROOKS
Business Manager
Fin. Sec./ Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

Honorable Colleen McMahon
United States District Judge
Courtroom 24A
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: ARTHUR GIPSON - 20 CR 521 (CM)
    Victim Impact Statement
    Plumbers Local Union No. 200

Dear Judge McMahon:

I write to you as a forty-two-year member of Plumbers Local 200 with two decades of service as an elected Business Agent of Plumbers Local 200.

Due to the egregious nature of Mr. Arthur Gipson's anti-union activity, I write this letter to express my feelings as a personal victim of the deeds of Mr. Gipson and to voice my thoughts as a representative of the many members of Local 200 who were deeply impacted - both financially and emotionally - by Mr. Gipson's malfeasance.

One of the most vitally important jobs a union leader has is the protection of, and organizing of, the hardworking men and women we represent. As a Business Agent for Plumbers Local 200, my number one job is to fight to protect the wages, benefits, and future of the members I am sworn to serve. Mr. Gipson had that same duty. As the Business Agent representing the members of Plumbers Local 200, I, along with all officers, swear an oath to operate in a manner that protects the rights and benefits of our members and simply put, Mr. Gipson failed miserably to uphold that oath. He disregarded the members and the union through his selfish actions and, most importantly, he defied his oath of office – all to financially benefit himself. As someone who took the very same oath as Mr. Gipson, my number priority has always been to put the success of the union and its members above all else. Mr. Gipson's actions were in dereliction of his sworn oath and his actions injured Local 200's members, all members of the union movement.




*The Plumber Protects the Health of the Nation*

# PLUMBERS LOCAL UNION No. 200

**OF THE**
**UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE**
**PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**

RICHARD P. BROOKS
Business Manager
Fin. Sec./ Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

His betrayal of the members who he swore to serve damaged the very essence of the collective bargaining process that is integral to the success of any union. A functioning collective bargaining process where a contract is negotiated, and enforced, is essential to the well-being of all union members. Our members depend on the union's officers to protect them by enforcing the Local 200 collective bargaining agreements. Plus, we are supposed to organize the unorganized so that we can protect all workers' collective future and ensure that our members have access to the jobs they earn by since they are the best plumbers on Long Island. Our members are trained through a rigorous apprenticeship program to ensure that they are qualified for the important work they do every single day. High labor standards in the plumbing industry does not only protect union members, it also protects the safety of the general public. Plumbers protect the health of the nation by ensuring safe water and sanitary services and this work, to be done properly, requires that it be undertaken by trained professionals.

Local 200 members put their trust in the officers who are there to protect their families and to ensure that their honest day's work is properly compensated. It is truly devastating when someone like Mr. Gipson takes advantage of their position of trust and undertakes deliberate actions that destroy that trust for their own benefit. His actions had a debilitating impact on the union's work and undermined the entire labor movement by generating negative characterization of union officials by allowing what should have been union jobs to be performed by non-union companies. Mr. Gipson's actions to bypass the use of skilled labor on jobsites to benefit himself not only harmed union members (who lost work opportunities), he took contracts away from union contractors, and he hurt the public as a whole by allowing plumbers without the same training to perform work, obviously for less than union wages.

In short, Mr. Gipson put himself before the very members he was sworn to serve and the public for his own personal benefit. Union officers are supposed to build relationships with contractors and other interested parties to protect all involved in the plumbing industry. By fully representing the best interests of their members, union officers are supposed to ensure that plumbing work is done correctly, that our regional workers are rightly compensated for their talents, and that the work is done in a fashion with all taxes and insurances paid on such projects.

Mr. Gipson betrayed Local 200's members and the labor movement. He turned his back on the workers he was put in position to protect. He sold his professional obligations for bribes and



*The Plumber Protects the Health of the Nation*



# PLUMBERS LOCAL UNION No. 200

OF THE
UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA

RICHARD P. BROOKS
Business Manager
Fin. Sec./ Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

disregarded his sworn oath to the members who elected him. He ignored the obligations that are incumbent on every labor leader and that is injurious to every single union member in our nation. His actions undermined the collective bargaining process that is so imperative to ensure job growth and the benefits paid to every worker. His conduct is simply inexcusable.

Mr. Gipson's actions were devious, and he should be punished for those actions. The dollar value of the of bribes he took are inconsequential because his actions betrayed so much more and while those betrayals are hard to quantify, they are large.

Thank you in advance for your consideration of this submission.

Respectfully submitted,

Mario R. Mattera
Business Agent



*The Plumber Protects the Health of the Nation*



# PLUMBERS LOCAL UNION No. 200

### OF THE
**UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**

RICHARD P. BROOKS
Business Manager
Fin. Sec./Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779
(631) 981-2158**
Email: rpbrooks@plu200union.us

Honorable Colleen McMahon
United States District Judge
Courtroom 24A
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    ARTHUR GIPSON – 20 CR 521 (CM)
              Victim Impact Statement

Dear Judge McMahon:

My name is Joseph Squicciarini and I am a Business Agent for Plumbers Local Union No. 200. I have been a member of Local 200 for over twenty-five years and was elected as a business agent in 2022.

I am writing to you about Mr. Arthur Gipson. Mr. Gipson was the Business Agent for Nassau County on Long Island before me. Prior to being elected as a Business Agent, I worked on numerous jobs sites as a plumber, including major sites such as Belmont Park in Nassau County. My experience with the union has always been one of trust. As a member, I trusted the union officers to negotiate the best contract they could for us. I trusted them to protect my pension and health care funds. I trusted them to organize new workers and companies so that job opportunities would be available to those of us working in the field. Without the union, and the members' support of Local 200, we would not have the middle-class wages and benefits that tradespersons like me have been able to attain in a very complex and competitive New York construction environment.

I was appalled when I learned that Mr. Gipson betrayed Local 200 and its members. Mr. Gipson was not only a union officer, but a Fund Trustee. He was entrusted to protect Local 200 members and their families by protecting job opportunities and our futures. Instead, he chose to take money from a contractor to betray us. I still cannot fathom how or why he did that to every member of our union.

While I am not one to seek punishment of another, I am writing to ask that you set an example in this case. I ask this because so many of our members were deeply offended and hurt – financially and emotionally – by Mr. Gipson's actions. As a union, we often



*The Plumber Protects the Health of the Nation*



# PLUMBERS LOCAL UNION No. 200

**OF THE**
**UNITED ASSOCIATON OF JOURNEYMEN AND APPRENTICES OF THE**
**PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA**

RICHARD P. BROOKS
Business Manager
Fin. Sec./Treasurer

MARIO MATTERA
Business Agent

JOE SQUICCIARINI
Business Agent

ED TEDLA
Organizer

JAY MARELLI
President

PAUL MASON
Vice President

EDWARD YOUNG
Rec. Secretary

**2123 5TH AVENUE, RONKONKOMA, N.Y. 11779**
**(631) 981-2158**
Email: rpbrooks@plu200union.us

discuss how we must stand in solidarity in order to help each other. That solidarity – in the face of relentless pressure from contractors to work harder and from contractors who refuse to pay union-scale wages – allows the union to preserve an ever-diminishing middle-class life for those who work with their hands in blue collar industries. Mr. Gipson's betrayal called that solidarity into question and to do so for money is just shameless and was far deeper a crime than simply taking a bribe.

I do not believe that any punishment you can give would truly address the damage that Mr. Gipson's actions have done to Local 200 and its members. But I believe that a punishment should be imposed that will let the members know his conduct was not trivial and that their solidarity to each other was not diminished by Mr. Gipson's self-interested conduct. Such a punishment will also let other union officers know that they will be punished for similar conduct, no matter how large or small the bribe, because the betrayal is the true offense in a case like this.

Thank you for taking the time to read this letter.

Very truly yours,

Joseph Squicciarini
Business Agent




*The Plumber Protects the Health of the Nation*



**Founded 1889**

*United Association* of Journeymen and Apprentices of the
Plumbing and Pipe Fitting Industry of the United States and Canada

Three Park Place • Annapolis, Maryland 21401
(410) 269-2000 • Fax (410) 267-0262 • http://www.ua.org

Mark McManus
*General President*

Patrick H. Kellett
*General Secretary-Treasurer*

Michael A. Pleasant
*Assistant General President*

General Office File Reference:   EVP

**Attention: Wendy Olsen, U.S. Attorney's Office, wendy.olsen@usdoj.gov**

April 18, 2023

The Honorable Colleen McMahon
United States District Judge
United States Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   United States of America v. James Cahill, *et al*., 20 Cr. -521 (CM)
      ***Statement of United Association of Journeymen and Apprentices of the Plumbing
      and Pipe Fitting Industry of the United States and Canada, AFL-CIO in the
      Matter of the Sentencing of James Cahill***

Dear Judge McMahon:

My name is Michael P. Mulvaney.  I am the Executive Vice President of the United
Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of
the United States and Canada, AFL-CIO ("UA" or "United Association").  The UA is the
parent organization of Steamfitters Local 638 ("Local 638" or "Local Union").  In early
October 2020, following the indictments of James Cahill, the President of the New York
State Building Trades Council, and nine Local 638 officers, the UA placed Local 638 into
emergency trusteeship. I was appointed as Trustee of Local 638 to oversee the trusteeship.
I write this letter in connection with the sentencing of James Cahill.

There were, and are, a wide variety of opinions among the Local 638 membership
regarding the appropriate sentencing outcome for the nine Local 638 officer defendants.  I
believe most members agree that the former officers' actions harmed the Local Union,
including but not limited to by causing reputational damage, and that what these nine
individuals did was wrong. I also personally feel what they did was wrong and that they
should be punished.

My role as Trustee, however, is to maintain stability, and rather than adding fuel to the fire
of differing opinions within the Local, I made the decision that the better course of action
was to allow the U.S. Attorney's recommendations to speak for themselves with regard to
these defendants and to allow individual members to voice their own opinions, whatever
those opinions were.  Accordingly, after careful consideration, I chose not to submit a letter
to the Court on behalf of either Local 638 or the UA as an organization regarding the
appropriate sentence in those cases.





We are weighing in, however, on the sentencing of Mr. Cahill. Mr. Cahill was not an officer of Local 638 during the period covered by the criminal charges in this case, but it is evident from the record that Mr. Cahill was at the center of the events described in the indictment and played a role in influencing at least some, if not all, of the Local 638 officer defendants into committing criminal acts (for which they have been appropriately held responsible). In sentencing Mr. Cahill, I would ask Your Honor to consider that Mr. Cahill engaged in conduct that caused a period of instability, uncertainty, and significant reputational damage for Local 638. Additionally, Local 638 incurred substantial legal fees and expenses in connection with the indictment and the government's investigation.

It should be noted that, while Mr. Cahill's actions caused real damage, Local 638 is now on stable footing and has made substantial progress restoring its reputation and rebuilding the trust that was violated. First and foremost, over the past two years, the men and women of Local 638 have continued to show up for work each day -- indictment, uncertainty, and pandemic notwithstanding. There is no "work from home" option in the trades in which Local 638 operates. The members have continued to practice their craft with the same skill and dignity that has long been the tradition of Local 638.

In addition, we have made some necessary structural changes in the organization to improve accountability. These changes have allowed current leadership to confront and resolve long-standing and complex macroeconomic and other issues that are the reality in today's construction industry and to rebuild trust within the membership. I believe Local 638 is now well-positioned to meet the challenges and opportunities that lie ahead.

In closing, I want to thank both federal law enforcement and the U.S. Attorney's Office for their efforts and professionalism in this matter. I believe the most important thing for Local 638 is to move forward and put this difficult time period behind them. I hope this letter helps in that effort.

Respectfully submitted,

Michael P. Mulvaney
Executive Vice President, United Association
Trustee, Steamfitters Local 638

MPM:gmq