**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2023

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Cahill et al.**, 20 Cr. 521 (CM)

Dear Judge McMahon:

At the Court's request, the Government is docketing an additional letter received by chambers:

| Letter Author | Dated | Filed | Doc. No. | Union |
|---|---|---|---|---|
| William Abbate Jr. | 12/12/2022 | 12/8/2022 | 338 | 638 |
| Daniel Rivas | | 12/8/2022 | 339 | 638 |
| Brian Kearney | 12/10/2022 | 12/12/2022 | 346 | 638 |
| Jeff Hansson | 12/10/2022 | 12/12/2022 | 346 | 638 |
| Christopher Kaye | 12/10/2022 | 12/12/2022 | 346 | 638 |
| Gerald Fossati | 12/11/2022 | 12/12/2022 | 346 | 638 |
| Kevin O'Rourke | 12/11/2022 | 12/12/2022 | 346 | 638 |
| Anthony Lafranca | 12/11/2022 | 12/12/2022 | 346 | 638 |
| Juan Hernandez | 12/11/2022 | 12/13/2022 | 352 | 638 |
| Robert O'Sullivan | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Caitlin Heerdt | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Scott Bartels | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Danny Godfrey | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Anthony Smith | 12/12/2022 | 12/13/2022 | 352 | 638 |
| Robert Kirk | 12/3/2022 | 12/13/2022 | 352 | 638 |
| Jayson Gleason Sr. | Undated | 12/14/2022 | 355 | 638 |

| Name | | | | |
|---|---|---|---|---|
| Carl A. Hornung | 12/6/2022 | 12/14/2022 | 355 | 638 |
| Michael Hassler | 12/3/2022 | 12/14/2022 | 355 | 638 |
| Roger Bell | 12/14/2022 | 12/14/2022 | 355 | 638 |
| Scott Bartels | 12/14/2022 | 12/19/2022 | 357 | 638 |
| William R. Abbate | 12/15/2022 | 12/19/2022 | 357 | 638 |
| Robert Durante | 12/15/2022 | 12/19/2022 | 357 | 638 |
| Robert Bartels | 12/15/2022 | 12/19/2022 | 357 | 638 |
| Thomas Shea | 12/15/2022 | 12/19/2022 | 357 | 638 |
| NYS Building and Construction Trades – Executive Council | 1/5/2023 | 4/24/2023 | 449 | NYS Building and Construction Trades |
| Scott Bartels | 1/12/2023 | 4/24/2023 | 449 | 638 |
| Robert Bartels | 2/1/2023 | 4/24/2023 | 449 | 638 |
| Vincent Gennaci | 2/11/2023 | 4/24/2023 | 449 | 638 |
| Jeff Hanson | 3/26/2023 | 4/24/2023 | 449 | 638 |
| Local 200 Executive Board | Undated | 4/24/2023 | 449 | 200 |
| Richard Brooks | Undated | 4/24/2023 | 449 | 200 |
| Danny Grodotzke | Undated | 4/24/2023 | 449 | 200 |
| Mario Mattera | Undated | 4/24/2023 | 449 | 200 |

| | | | | |
|---|---|---|---|---|
| Joseph Squicciarini | Undated | 4/24/2023 | 449 | 200 |
| Local 638 Trustee | 4/18/2023 | 4/24/2023 | 449 | 638 |
| Frank Natalie | 4/10/2023 | 4/25/2023 | 451 | 7 |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/
    Jason Swergold / Danielle Sassoon / Jun Xiang /
    Frank J. Balsamello / Marguerite Colson
    Assistant United States Attorneys
    Laura de Oliveira, Special Assistant United States Attorney

**CC (BY ECF)**
All Counsel