# Frank Natalie

April 10, 2023

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007-1312

Re: **United States v. James Cahill — 20 Cr. 521 (CM)**

Dear Chief Judge McMahon:

My name is Frank Natalie. Before retiring in September of 2020, I was a member of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry (UA), Local 7, Albany, NY, for ~32 years and served as the union's Business Agent (BA) for the last 14 years of my career.

During my time as BA, Mr. Cahill served as the UA's International Representative for NY and President of the NY Building Trades. As such, I was required to attend many meetings and conferences with Cahill present, so I got to observe the quality of his character up close and in conversation.

I have read through the impact statements posted on the docket regarding this case, including two letters written by Mr. Coletti and Mr. Richards attesting to Cahill's good character, for which I vehemently disagree. Although I do not believe in kicking a person when they are down, I cannot remain silent and allow the false portrayal of Cahill as a person of exceptional honesty and integrity to go unchallenged.

Cahill enjoyed being feared and revered, and most subordinate union representatives avoided getting on his wrong side. Cahill, the head of the "Enterprise," was quoted in several instances throughout the indictment. For example, Cahill encouraged Employer-1 not to sign with the union and to "tell everyone to go fuck themselves" and "fuck everybody as much as you want . . ..". In a conversation on October 21, 2019, with Employer-1, Cahill seems to brag that certain union officials were "all petrified" of him, then asking Employer-1, " . . . didn't they shit their pants when you told them you're friends with me?" These quotes define Cahill's true nature and character—no doubt.

Finally, Cahill's disdain for the union members he swore to represent existed before he was charged in this case and was part and parcel of his attitude and demeanor. Cahill saw rank-and-file members as beneath him. Moreover, Cahill received a generous salary with exceptional benefits as a top union representative. He lived a life most people could only dream of, paid in full by the members and families of the UA he betrayed. As such, I do *not* believe Cahill deserves leniency, as the other two gentlemen mentioned above suggest in their letters, but the *full force* of the law.

Sincerely Yours,

*Frank Natalie*

Frank Natalie

2041 Caldicott Rd, Schenectady, NY 12303-2319

Frank Natalie
2041 Caldicott Rd.
Schenectady, NY 12303-2319



ALBANY NY 120
10 APR 2023  PM 4  L

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007-1312



10007-133099