|          |                                                                                   |
|----------|-----------------------------------------------------------------------------------|
| **From:**    | Olsen, Wendy (USANYS)                                                         |
| **To:**      | Xiang, Jun (USANYS)                                                           |
| **Subject:** | FW: [EXTERNAL] United States v. James Cahill et al., 20 Cr.521 (CM)           |
| **Date:**    | Thursday, May 4, 2023 3:02:12 PM                                              |

-----Original Message-----
From: Bill ( Senior ) Abbate
Sent: Thursday, May 4, 2023 2:52 PM
To: Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
Cc: Bill ( Senior ) Abbate
Subject: [EXTERNAL] United States v. James Cahill et al., 20 Cr.521 (CM)

Re: U.S. V. James Cahill 20 Cr.521(CM)

 Dear Honorable Judge McMahon,

 I am writing to you out of a sense of frustration with the leadership of my own union,Local 638 and that of the Trustee from our International Union,The United Association.On 12/09/22 the US Attorney sent a letter to both organizations asking for a Victim Impact Statement. Since that time I have voiced my request several times to the Local 638 Officers and the United Association Trustee to write an Impact Statement on behalf of the hard working 9000 plus men and women that are members of Local 638. To this date none of the senior officers have written an Impact Statement and only recently has the Trustee from the United Association written an Impact Statement which was milquetoast at best.

 Local 638 has always been recognized as a trusted leader in the Building Trades in N.Y.,and by our peers throughout the state and our International Union. My family has been part of this organization since the Knights of Labor and since the Charter of Local 638 into the United Association in 1914. I am a 60 year member of Local 638. I went through a 5 year apprenticeship and worked with the tools for 20 years before being elected to Business Agent, serving 9 years in that position before getting elected to the position of Business Agent at Large ( now called Business Manager). My heart and pride in Local 638 could not be greater.

 The damage that was done to Local 638 is not measurable ,but great. The respect as leaders we had from the other trades and that of the other locals around the country may never come back. Our own International has already seized the opportunity to restructure our Local Constitution and changing our existing hierarchy where the local was controlled with 3 officers with equal power and now putting the sole control on one person ,the Business Manager. Could you imagine what James Cahill would do with that much power.

The financial impact I understand is approaching 2 million dollars because of auditing, duplicate lawyers, the UA Trustee and consultants.

I have read the charging documents from the case and after hearing what James Cahill said on wire taps is exactly the man I know. He used his position to enrich himself with no regard for any of the people he was supposed to be representing.

I trust your sentencing will be commensurate with the crimes committed.
Thank you for your time.

Respectfully yours,
William R. Abbate