The Honorable Judge Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007-1312

Dear Judge McMahon;

This is the first opportunity I have to contact you and if you allow me the time, I would like to let you know a little about myself, my family, my job (and duties).

I will be 74 years old on May 13th and married 50 years to my beautiful wife, Marie, who is also 74. We were blessed with three wonderful children; Heather, Jamie and Keith and 9 super grandchildren who are the joy of Marie and our lives.

Heather married Sean and has 3 children; ███████, 14; ███, 12; and ███████, 11.
Jamie married Kelly and they also have 3 children; ██████, 7; █████, 6; and ███████, 4.
Keith married Joanna and they also have 3 children; ███, 9; █████, 7; and ████████, 4.
They are all the best thing I could ask for along with my children and my wife Marie.

I was born in Manhattan, 50th Street and 10th Avenue, to my parents Anna and Mickey Cahill. I also had an older brother Mickey Jr. When my parents found out they were going to have another arrival they decided to move to a 3 Bedroom house in Rego Park, Queens where my sister MaryAnn arrived, shortly followed by my brother John and later, David. 5 kids and my grandfather John Murtha and assorted relatives living together growing up in a house filled with love and joy, and a mother who was the best you could ask for.

My parents were always helping people in need whether it would be a job, food, or second-hand clothes like Communion dresses – that sort of thing – and still be parents that people admired. They laid the foundation for their children and taught us the right way about how people should be and act.

Judge, I am telling you this because there is no childhood excuse or trauma for what I am accused of and admitted to. I always wanted to be like my father, a Union Official helping people put food on their table and make a better life for themselves and their family. I believe, for the most part, I have succeeded. That is why my greatest regret and what I am most ashamed of is that my wrongdoing placed organized labor in a negative light and harmed the image of Local 638. I dedicated my career and life to organized labor

I wonder now and every day what my father and my two brothers, John and Mickey, who are no longer with us, would think of the shame I brought our family now!

I was elected Business Agent (B.A.) Local 638 in 1986, a position I held for 13 years having been elected 5 consecutive times covering NYC Boroughs and Staten Island. I had a strong reputation for fighting for members both on the job and off if they needed help. The job of the B.A. is to protect the Local (638), Collective Bargaining Agreement (C.B.A.), their health and safety and organize the non-organized (non-union).

I became a big supporter of Project Labor Agreements (PLA's) much to the disappointment of many of the members and elected officials who believed it was an attack on our negotiated C.B.A. They did not want to see the coming storm of our union market share dropping and non-union rising.

In the early 90's, PLA's started being talked about more and I was able to negotiate a PLA for a new paper mill that was going to be built. That agreement put over 200 Local 638 men to work and 500 other tradesmen. When it was getting started market share had been dropping, picket lines were failing, non-union trade was soaring certain members and contractors starting doing things like lumping (working for cash), and not reporting benefits. Our market share was dropping like a rock. Partly because of lack of work and the growth of non-union work and that we were not the only game in town became a reality. The idea of what we were going to do about it became the subject of conversation amongst the trades.

Then came the idea of a massive demonstration under Ed Molloy's leadership and a plan was formed. I was his point man and the job and non-union contractor were selected (Roy Kay 54th & 9th Avenue MTA Site) in my assigned area. I had a round-the-clock picket line for almost a year.

The plan was to shut down all jobs in the 5 boroughs and rally at MTA Headquarters in Manhattan. We coordinated with NYPD and the Mayor's Office. We estimated thousands of people would arrive. Needless to say, we underestimated the amount of people. I've enclosed an article by the New York Times of that day for your review. To say it was a success is an understatement. July 1 "Turbulent Labor Rally". Our market share about this time was down to 30% from 70%. We were hurting.

On November 1, 1998, I was assigned by President Maddaloni of United Association (UA) as special representative of organizing in New York City, thus ending my career as Officer of Local 638. Shortly thereafter I was put in charge of Jurisdiction & Supervising 15 Locals with 30,000 UA members, handling disputes between different trades as UA International Rep.

One of my first official acts was to recommend each local put on an organizer whose sole purpose was to go after non-union contractors evading Labor Laws and, when possible, to strip their manpower. My next act was to encourage the use of PLA's and the New National Agreement. That was designed to go after work we were no longer doing (small apartment buildings under 4 stories, small chain stores and occasionally under special conditions work we were currently losing to non-union) and bogus unions.

The key to both PLA and National Agreements were that they both had no strike clauses and adjustments to local C.B.A's. Naturally these agreements & PLA's didn't sit well with some locals, mostly local 638 and local 1 plumbers. Leadership and members constantly tried to undermine them.

Needless to say, one of the first contractors I signed up was "Roy Kay" and his 200 workers were made members in various trades in New York and New Jersey, the largest group joining local 638. Other signed contractors started to use the UA Agreements, (including CSI, then a signed contractor with local 638), mostly in areas where we had lost market share; Bronx, Brooklyn and Upper Manhattan. When leadership was more inclined to use them, they became more or less a tool to recapture lost areas of work, which they did.

As part of my duties as 'Director of New York State Pipe Trade of UA Locals', I served on the NYS Building Trades Executive Board. When President Ed Molloy was forced to resign in 2012, because of health issues, he recommended me for his position, and the Executive Board approved. It was a position I held until my arrest on September 30, 2020.

During my tenure as UA representative and President of the NYS BT, I introduced new policies and programs for organizing, political action, marketing of PLA's, and apprentice and journey upgrade training.

During the period of 1999-2016 as International Representative and 2012-2020 President of NYS BT, I secured over $45 Billion Dollars in contracts using PLA's in New York State resulting in billions of dollars in benefits and salary for the members of all trades for men and women of all races and religions.

For the record, when I was asked to become President of NYS BT, the salary was minimal; it was $15,000.00 plus expenses. I accepted because I wanted to make a "Better Life" for union members and their families.

In 2016 I retired from the UA due to age restrictions; you can't run after your turn 65. So then I became more involved with lobbying and legislation for the betterment of trades, up until the time of my arrest.

After my arrest my life got shattered.  My wife and daughter took it extremely hard, my sons as well.  But they kept up a strong face as I have tried to do.  I went from someone people both turned to and aspired to be like, to an outcast.  The hardest thing I had to do was explain to my 14-year-old grandson, ███████████, what happened and watch him cry.  Or my other grandchildren when they asked what that thing was on my leg (monitor) I had to say it was heart monitor or something, because they were just too young to understand.

My wife Marie has taken it extremely hard.  As a ████████████████████████████ ████████████████████████████ she is constantly worrying about being alone.  She has many doctor visits which I take her to, along with food shopping and other needs I attend to.  She has overcome obstacles in the past, but just recently with the strain and worry caused by my arrest, she had a misstep last summer, which she explained in her letter, and she will possibly soon need surgery for a shoulder replacement.  I worry about her a great deal and our children.

My sons, Jamie and Keith have put on a strong face but I know in my heart that I have disappointed them.  They are good husbands and fathers and my mom and dad would be proud of them and proud of their sister.

Judge, I know you have received many letters attesting to my character, charities (where I helped raise over $2 million dollars for causes), letters about how I helped members and non-members of the trades.  I am proud of how I spent almost all of my life and what I was able to do to help make people's lives better.  I am proud that I played a role, working with US Senators and Congressmen in D.C. lobbying for the initial $7.4 Billion dedicated to survivors of 9/11.  By creating this fund, not only did we help the survivors of 9/11, we also saved insurers billions of dollars in claims and kept the insurance companies from going under.  There is an estimated 120,000 people who were affected by 9/11 and the fund reached at one point $37 billion dollars.

I am proud that I was part of the Helmets to Hard Hats initiative. – to date 3,200 Veterans of New York State have been initiated into the trades.  But all that aside, please know this as well: I know you have a decision to make but no matter what you decide, I will never be able to take away the invisible bars of my actions.

You heard my requests for family times for relief from house confinement and curfew over 30 months and you were kind enough to grant many of them.  I have missed so many of my family affairs and grandchildren's growing stages, the times at the beach, their sports games, things I will never have memories of and at my age time is my worst enemy.  Please take this under consideration when you weigh your decision.

I know what I did was wrong, and it has cost me dearly, and I will regret it for the rest of my life. Please, Your Honor, a final request, when you think of all that has happened and what you have to do, please find mercy in your heart for my family, if not for me.

Respectfully yours,

James Cahill