

**Peter T. King**

**Pete King Strategies LLC**

Member of Congress 1993-2021

1442 Roth Road, Seaford, NY 11783

May 10, 2023

Hon. Judge Colleen McMahon
c/o Sanford Talkin
40 Exchange Place
18th Floor
New York, New York 10005

re: James Cahill

Dear Judge McMahon:

    I am submitting this letter on behalf of James Cahill whom I have known and dealt with over a period of years in my capacity as a United States Congressman and as a friend.

    Jimmy Cahill was a labor leader respected not just by other leaders but by rank and file members as well. As head of the New York State Building Trades Council, he fought hard for his members and also arranged for returning Veterans to be trained and brought into the Building Trades. He was also a supporter of the Irish Peace Process. In my dealings with Jimmy, he was always a gentleman and friendly without a hint of arrogance and that was his reputation throughout the labor and government communities.

    I make no attempt to minimize the facts of this case, but I respectfully request that when pronouncing sentence Your Honor take I into account Jimmy Cahill's many good deeds and lifetime of service to others in the field of organized labor and his community.

Thank you very much for your consideration.

Respectfully yours,

Peter T. King