

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2023

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. James Cahill</u>, 20 Cr. 521 (CM)

Dear Judge McMahon:

At the Court's request, the Government respectfully submits this letter summarizing the changes to the PSR requested by the Government. The Government requests only the following changes to the PSR of defendant James Cahill:

**<u>Paragraph 20.</u>** The quotation "Your strongest ally is me and BOBBY EGAN . . ." should read "**<u>His strongest</u>** ally, **<u>Chris</u>**, is me and Bobby Egan . . ."

**<u>Paragraph 24.</u>** The Government requests that the bribe chart at paragraph 24 be replaced with the below, which includes two inadvertently omitted bribes (on February 10 and September 30, 2020) and minor corrections to a few other bribes. The changes are highlighted below:

| Date | Amount | Location | Others Present who Received Bribes |
|---|---|---|---|
| 10/22/2018 | $3,000 | Blackstone in Melville, Long Island | Kraft (no bribe received) |
| 11/14/2018 | $3,000 | Park Side in Corona, Queens | Egan (received $3,000) |
| 12/19/2018 | $2,500 | Park Side in Corona, Queens | Hill (received $2,500) |
| 3/1/2019 | $3,000 | **Parkside in Corona, Queens** | Hill (received $3,000) Kraft (received $3,000) |
| 4/5/2019 | $2,000 | Park Side in Corona, Queens | Hill (received $,2000) Kraft (received $2,000) |
| 5/10/2019 | $3,000 | Dodici in Rockville Centre, Long Island | Hill ($2,000) Egan (received $2,000) |
| 8/6/2019 | $2,000 | Castaway's in Long Beach, Long Island | Hill (received $2,000) **Kraft (no bribe received)** |

| | | | |
|---|---|---|---|
| 9/11/2019 | $3,000 | Park Side in Corona, Queens | |
| 10/21/2019 | $2,500 | Park Side in Corona, Queens | |
| 11/4/2019 | $2,500 | Dodici in Rockville Centre, Long Island | |
| 12/17/2019 | $2,500 | Bryant & Cooper in Roslyn, Long Island | |
| 1/13/2020 | $2,500 | Park Side in Corona, Queens | Roche (received $2,500) |
| **2/10/2020** | **$2,500** | **Blackstone in Melville, Long Island** | |
| 3/13/2020 | $3,000 | Trattoria Vivolo in Harrison, New York | |
| 5/15/2020 | $2,500 | 9W Market in Palisades, New York | Hill (received $1,000) |
| 5/21/2020 | $2,500 | 9W Market in Palisades, New York | |
| 6/12/2020 | $2,500 | The Ugly Duckling in Long Beach, Long Island | Hill (received $1,000) |
| 6/30/2020 | $2,500 | Cahill's home in Long Beach, Long Island | |
| 8/19/2020 | **$2,000** | Laurel Diner in Long Beach, Long Island | Hill (received $1,000) Gipson (received $1,000) |
| 8/27/2020 | $1,000 | 9W Market in Palisades, New York | |
| **9/30/2020** | **$1,000** | **Park Side in Corona, Queens** | |

**Paragraph 30.**  Paragraph 30 contains one instance in which Employer-1's last name (which is misspelled) is used. It appears right before the quote: "I'm gonna say it, I don't care if it's a fuckin' lie . . . ." The Government requests that the name be changed to "Employer-1," consistent with the rest of the PSR.

**Paragraph 31.**  The quotation "You want everybody to hate you because when they hate you, they're going to come to me" should read "You want everybody to hate you because when they hate you, they're going to come **for you.**"

\* \* \*

The Government requests no other changes to the PSR, but notes the following:

First, as noted in the Government's sentencing submission, there are minor discrepancies between the recordings/transcripts that the Government reviewed in preparing its submission and the quotations in the PSR. For example, paragraph 20 of the PSR has the following quote: "I need a guy in there. I need a rabbi in particular, working for 638. I need everybody to know to talk to you and then talk to me." In the Government's submission, this quote is given as: "Yeah, but I need a guy in there. I need a rabbi in particular working for 638. I need everybody to talk to you

and to me."  The Government does not believe these <u>de minimis</u> discrepancies necessitate changes to the PSR.

    <u>Second</u>, the Government's sentencing submission expands on quotations that appear in the PSR and includes excerpts from recordings not included in the PSR.  In the Government's view, quotations that appear in the Government's submission are properly part of the sentencing record and may be relied on by the Court without being reproduced in the PSR.  <u>See</u> <u>United States v. Santiago</u>, 330 F. App'x 234, 237 (2d Cir. 2009) (noting that sentencing court properly relied on undisputed facts "contained in either the Presentence Report ("PSR") or in the government's letter of January 18, 2008").  The same is true of accurate quotations that appear in the defense's submission.

    Given the volume of pertinent quotations, inclusion of all the quotes may substantially lengthen (and reduce the readability of) the PSR.  Of course, the Government is prepared to propose specific revisions to the PSR to incorporate all of the quotes if that is the Court's preference.

    <u>Third</u>, the Government did not request, and is not currently requesting, that facts pertinent to the defendant's relationships with organized crime figures—such as Mileta Miljanic, Louis Filippelli, and Andrew Campos—be included in the PSR.  In the Government's view, these facts are primarily relevant to the defendant's history and characteristics under 18 U.S.C. § 3553(a), rather than to the offense conduct described in the PSR.  If it is the Court's preference that the PSR include such facts, the Government is prepared to propose appropriate language.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

by:  /s/_____
    Jason Swergold / Danielle Sassoon / Jun Xiang /
    Frank J. Balsamello / Marguerite Colson
    Assistant United States Attorneys
    Laura de Oliveira, Special Assistant United States Attorney

**CC (BY ECF)**
Sanford Talkin, Esq.
Noam Greenspan, Esq.