**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

May 17, 2023

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. James Cahill
      20 Cr. 521 (CM

Dear Judge McMahon:

      Please find attached an additional letter of support that was received by our office today and letter from Marie Cahill's doctor that she was given after her medical appointment yesterday. Defendant James Cahill's ("Cahill") respectfully submits these letters in support of his sentencing position.

      Thank you for Your Honor's consideration of these additional letters and Cahill's prior sentencing submissions.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Frank Balsamello (By ECF)
      AUSA Jun Xiang (By ECF)
      AUSA Marguerite Colson (By ECF)
      SAUSA Laura de Oliveira (by ECF)