

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2023

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

      Re:      <u>United States v. Cahill et al.</u>, 20 Cr. 521 (CM)

Dear Judge McMahon:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

        By:       /s/
                            Jason M. Swergold
                            Assistant United States Attorney

cc:      All counsel of record (by ECF)