UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Judgment Creditor,

        v.                                                    20 CR 521 (CM)

JAMES CAHILL,                                                 **PUBLIC FILING**

                    Judgment Debtor,

        and

MORGAN STANLEY,

                    Respondent.

## ANSWER OF THE RESPONDENT

I, Diane Gray_____, the legal analyst_____ of the Respondent
        (name)                              (title)
Morgan Stanley_____, state under penalty of perjury as follows:

RESPONDENT IS (choose one):
[__] An individual doing business in the name of _____.
[__] A partnership, [__] LP, [__] LLP or [__] LLC
[✓] A corporation, organized under the laws of the State of _Maryland_.

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:
[✓] facsimile at (___) _____- 201-377-0199_____ and/or
[✓] e-mail at __lguinquiry@morganstanley.com_____and/or
[__] first class mail at _____.

On ____17th April_____, 2026, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

### 1.    Financial Accounts

**Account 1**

Type:_____Rollover IRA_____
No.:_____xxx-xxx373_____
Title owner(s):  JAMES W CAHILL_____
Amount: $ 876,020.95* (Market Value)

**Account 2**

Type:_____Rollover IRA_____
No.:_____xxx-xxx899_____
Title owner(s):  JAMES W CAHILL_____
Amount: $ 604,440.20* (Market Value)

**Account 3**

Type: Rollover IRA

No.: xxx-xxx704

Title owner(s): JAMES W CAHILL

Amount: $ 413,898.39* (Market Value)

**Account 4**

Type: _____

No.: _____

Title owner(s): _____

Amount: $ _____

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

2.   **Safety Deposit Box** N/A

      Box No.: _____

      Last accessed: _____

      Owners other than the judgment debtor:

      _____

      _____

3.   Detail other personal property in the respondent's possession, custody, or control:

      N/A

4.   Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [   ] Yes or [✓] No; if the answer is yes, describe below (case number, state, county):

5.   Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [   ] Yes or [✓] No If the answer is yes, describe below:

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6.   Check and complete the applicable line below:

      [   ]   Respondent has the following objections, defenses, or set-offs:

      _____

      [✓]   On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

    (1) the judgment debtor, ___JAMES W CAHILL___, at 38 Michael Roberts CT Pearl River, New York 10965 United States of America

    (2) the Clerk of Court, United States Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

    (3) USAO-SDNY-FLP, 86 Chambers Street, 3ird Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of April , 2026.

_____    Diane Gray
(Signature)                                    (Print Name)

Title legal analyst

Address 1300 Thames Street                              Morgan Stanley
                                                             Levies & Garnishments Unit
City, State, Zip Baltimore, MD 21201                        1300 Thames Street
                                                             Thames Street Wharf
Telephone and Fax Numbers 667-312-4208/ 201-377-0199        Baltimore, MD 21231

Email diane.l.gray@morganstanley.com

STATE OF Maryland
COUNTY OF Baltimore
City
Subscribed and sworn to before me this 27 day of April , 2026.

_____    My Commission expires: 9/23/2025
Notary Public Signature                                  (Seal)

LEATRICE CAREY
Notary Public-Maryland
Baltimore County
My Commission Expires
September 23, 2025

Accounts xxx-xxx373, xxx-xxx899 and xxx-xxx704 are retirement accounts, specifically an IRA. Please confirm that the Firm should proceed with turning over assets from this retirement account.

## Disclaimer

Morgan Stanley Wealth Management LLC ("Morgan Stanley") has obtained pricing information from independent sources it believes to be reliable; however, Morgan Stanley makes no assurance that the values provided are accurate. Those values are subject to market conditions and are as of a given point in time only. Values provided may not be inclusive of point-of-sale transactions or automatic account transfers currently in process. Fees, commissions, and other charges may apply upon the sale and liquidation of any position which may impact those values. Morgan Stanley reserves the right to exercise its right to setoff from the client for any amounts that may be due or owed to us.

The account(s) may include insurance and/or annuity products. Please be advised that Morgan Stanley has no possession, custody, or control over these products and cannot, among other things, force or prohibit their sale and liquidation and/or control the distribution of these assets. Values for annuity or insurance products, if any, reflect in-force insurance purchased through Morgan Stanley as of date shown and as reported by the insurance carrier. Amounts shown may be subject to surrender and other contract charges. Disclosure of the value of any insurance or annuity products on Morgan Stanley's databases or Morgan Stanley account statements does not confer or imply ownership or beneficial interest on the part of the Morgan Stanley account holder. All ownership, rights, benefits and payments are controlled by the contract between the insurance company and the contract owner as governed by the account holder's policy with the insurance company.

ORIGIN ID:LTWA    (667) 312-4208
DIANE GRAY
MORGAN STANLEY
1300 THAMES STREET

BALTIMORE, MD 21231
UNITED STATES US

SHIP DATE: 27APR26
ACTWGT: 1.00 LB
CAD: 267122018/FAPI2208

BILL SENDER

TO  **THE CLERK OF COURT**
**ATTN: ARRAIGNMENT UNIT**
**UNITED STATES COURTHOUSE,**
**RM 520**
**NEW YORK NY 10007**
(667) 312-4208
INV: NO        REF: T758 - 239WR
PO:                    DEPT:



FedEx
Express

E

WED  –  29 APR 5:00P
** 2DAY **

TRK#  **8711 1093 7033**
0201

**SP PCTA**              10007
            NY-US  **EWR**



### FedEx ®

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely.

Check your Fed... ...ent FedEx Service Guide, or the conditio... ...ns, and limits

...ckaging for packing tips.

APR AA
2DAY **

10007
NY-US
EWR

